UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRISTOPHER COLE,

                Plaintiff,

       v.

MTA METRO-NORTH RAILROAD,

                Defendant.

No. 24-CV-718 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    A post-fact-discovery conference was previously scheduled in this matter for October 18, 2024 at 2:30 p.m. In light of the Court's September 27, 2024 Order extending the time to complete discovery, the conference is hereby rescheduled to January 24, 2025 at 1:00 p.m. Unless the parties request otherwise, the conference will be held by phone. Call-In Number: (888) 363-4749; Access Code: 1015508#.

    No later than one week in advance of the conference, the parties are to submit a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action.

SO ORDERED.

Dated:    September 30, 2024
             New York, New York

                                              Ronnie Abrams
                                              United States District Judge